**SOUTHERN PACIFIC COMPANY, a corporation, Appellant,**

v.

**Lawrence C. KEARNEY, Appellee.**

**No. 17755.**

United States Court of Appeals Ninth Circuit.

Sept. 19, 1962.

Bledsoe, Smith, Cathcart, Johnson & Phelps, Joseph W. Rogers, Jr., and Rob-

ert A. Seligson, San Francisco, Cal., for appellant.

Hepperle & Hepperle, and Robert R. Hepperle, San Francisco, Cal., for appellee.

Before MERRILL and BROWNING, Circuit Judges, and TAYLOR, District Judge.

PER CURIAM.

On an examination of the record, we are satisfied that the district court did not abuse its discretion in granting the motion for new trial.

**Charles E. KUNZLER**

v.

**UNITED STATES of America.**

**No. 7036.**

United States Court of Appeals Tenth Circuit.

June 15, 1962.

Milton A. Oman, Salt Lake City, Utah, for appellant.

William T. Thurman, U. S. Atty., and Parker M. Nielson, Asst. U. S. Atty., Salt Lake City, Utah, and Alan S. Rosenthal and Jerome I. Levinson, Attys., Dept. of Justice, Washington, D. C., for appellee.

Before MURRAH, Chief Judge, and BREITENSTEIN, Circuit Judge.

PER CURIAM.

Appeal dismissed on motion of appellant, 208 F.Supp. 79.